**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**

**COURTROOM MINUTES**

---

Courtroom Deputy: Kathy Preuitt-Parks    Date: July 27, 2012
Court Reporter: Janet Coppock            Time: 68 minutes
Probation Officer: Katrina Devine        Interpreter: n/a

**CASE NO. 11-CR-00001-PAB-01**

<u>Parties</u>                                 <u>Counsel</u>

**UNITED STATES OF AMERICA,**                Jaime Pena
                                             Tanya Andrews


          Plaintiff,

vs.

**1. LEONID STOLYAR,**                        Robert Pepin




          Defendant.

---

**SENTENCING**

---

**4:07 p.m    COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and in custody.

**ORDERED:** The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Page Two
11-CR-00001-PAB-01
July 27, 2012

**ORDERED:** Government's Amended Motion for Forfeiture of Property for Preliminary Order of Forfeiture and Forfeiture Money Judgment (Doc #127) is **GRANTED.**

Argument by Mr. Pepin in support of the defendant's Motion for Variant Sentence (Doc #106) and comments addressing sentencing.

Argument by Mr. Pena in support of the Government's Motion for Variant Sentence and comments addressing sentencing.

Defendant addresses the Court.

Court states its findings and conclusions.

**ORDERED:** Defendant's Motion for Variant Sentence (Doc #106) is **DENIED**.

**ORDERED:** Government's Motion for Variant Sentence is **GRANTED** as stated on the record.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Defendant entered his plea on **March 22, 2012** to counts **One and Fifteen of the Indictment.**

**ORDERED:** Court **ACCEPTS** the Plea Agreement.

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:** Defendant shall be **imprisoned** for **35** months as to counts one and fifteen, to be served concurrently.

Court RECOMMENDS subject to the defendant's security classification that the Bureau of Prisons place the defendant at **Englewood, Colorado.**

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **3** years as to counts one and fifteen, to be served concurrently.

Page Three
11-CR-00001-PAB-01
July 27, 2012

**ORDERED:** **Conditions** of Supervised Release that:
- (**X**) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**) While on supervised release, the defendant shall not commit another federal, state, or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and shall comply with the standard conditions that have been adopted by this Court.
- (**X**) Defendant shall not unlawfully possess a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.
- ( ) Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because the presentence investigation report indicates a low risk of future substance abuse by the defendant.

**ORDERED:** **Special Condition** of Supervised Release that:
- (**X**) Defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse as directed by the probation officer until such time as defendant is released from the program by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant will be required to pay the cost of treatment as directed by the probation officer.
- (**X**) The **special assessment/restitution/fine** obligations are due immediately. Any unpaid balances upon release from incarceration shall be paid in monthly installment payments during the term of supervised release. The monthly installment payment will be calculated as at lease 10 percent of the defendant's gross monthly wages.
- (**X**) Defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the periodic payment obligations imposed pursuant to the Court's judgment and sentence.
- (**X**) Defendant shall participate in and successfully complete a program of mental health treatment, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant will be required to pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release psychological reports and/or the presentence report to the treatment agency for continuity of treatment.

Page Four
11-CR-00001-PAB-01
July 27, 2012

- (**X**) As directed by the probation officer, the defendant shall apply any monies received from income tax refunds, lottery winnings, inheritances, judgments, and any anticipated or unexpected financial gains to the outstanding court ordered financial obligation in this case.
- (**X**) The defendant shall not engage in any business activity unless the activity is approved by the probation officer. Any approved business activity must operate under a formal, registered entity. For any approved business activity, the defendant shall provide the probation officer with the names of all business entities and their registered agents. The defendant shall not register any new business entity, foreign or domestic, without the approval of the probation officer. The defendant shall not cause or induce others to register business entities on his behalf. For any approved business activity, the defendant shall maintain business records. The defendant shall provide all requested documentation and records to the probation officer regarding any of his business activities as requested by the probation officer.
- (**X**) The defendant shall not engage in gambling or any games of chance, either on the computer, in a casino or other gambling establishments, or in any other matter.

**ORDERED:** Defendant shall pay **$200.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** Defendant shall pay a **fine** of $ **(** as follows: (   The defendant shall notify the United States Attorney of this district within 30 days of any change of mailing or residence address that occurs while any portion of the fine remains unpaid.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Defendant make restitution as follows:

| **Name/Address of Victim** | **Amount** |
|---|---|
| Centers for Medicare & Medicaid Services<br>Office of Financial Management<br>Accounting Management Group<br>Division of Accounting Operations<br>PO Box 7520<br>Baltimore, MD 21207-0520 | $498,418.07 |

Page Five
11-CR-00001-PAB-01
July 27, 2012

**ORDERED:** Restitution shall be made jointly and severally with the following defendant:

| Name | Case Number | Amount |
|---|---|---|
| Yelena Stolyar | 11-cr-00001-PAB-02 | $498,418.07 |

Discussion regarding defendant's request for a staggered service of sentence with the co-defendant.

**ORDERED:** Mr. Pepin is directed to file the appropriate pleading once the co-defendant is sentenced.

**ORDERED:** Defendant's request to be released until designation is **DENIED.**

**ORDERED:** Government's Motion to Dismiss Counts (Doc #117) is **GRANTED**.

**ORDERED:** Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

**ORDERED:** A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED:** Defendant is REMANDED to the custody of the U.S. Marshal.

**5:15 p.m.      COURT IN RECESS**

**Total in court time:   68 minutes**

**Hearing concluded**